UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JUROR NUMBER ONE,

   Plaintiff,

  v.

STATE OF CALIFORNIA; HONORABLE MICHAEL P. KENNY, Judge of the Superior Court; FACEBOOK, INC., a Delaware corporation authorized to do business in California; GEORGE CHRISTIAN; TOMMY CORNELIUS, JR.; SAMUEL KEMOKAI, JR.; DEMETRIUS ROYSTER; XAVIER WHITFIELD,

   Defendants.
           /

NO. CIV. 2:11-397 WBS JFM

<u>ORDER RE: MOTION TO DISMISS</u>

----oo0oo----

   Plaintiff Juror Number One was the jury foreperson in a criminal trial in Sacramento County Superior Court before the Honorable Michael P. Kenny and brought this action to prevent Judge Kenny from ordering him to release comments he made on Facebook during the trial. This court denied plaintiff's ex parte motion for a temporary restraining order and preliminary

1

injunction, concluding that the court must abstain under <u>Younger v. Harris</u>, 401 U.S. 37 (1971). <u>See</u> <u>Juror Number One v. California</u>, No. 2:11-397, 2011 WL 567356 (E.D. Cal. Feb. 14, 2011).

Now, defendant State of California moves to dismiss the claims against it or, in the alternative, requests the court to abstain from hearing plaintiff's claims against it. (Docket No. 17.) Plaintiff filed a statement of non-opposition to the State's motion, agreeing that abstention is appropriate because the matter is currently before the California Supreme Court. (Docket No. 18.) In light of the parties' agreement and this court's discussion in its prior order, <u>Juror Number One</u>, 2011 WL 567356, at *2, the court will abstain from hearing plaintiff's claims against the State and grant the State's motion to dismiss.

IT IS THEREFORE ORDERED that the State of California's motion to dismiss plaintiff's claims against it be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the hearing scheduled for April 11, 2011, at 2:00 p.m. on the State's motion to dismiss be VACATED.

DATE: March 31, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2